IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| HIGHLANDS AMBULANCE SERVICE, | Case No. 1:03CV00052 |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | By: James P. Jones |
| UNITED STATES OF AMERICA, ET AL., | Chief United States District Judge |
| Defendants. | |

For the reasons stated in the Opinion accompanying this judgment, it is

**ADJUDGED AND ORDERED** as follows:

1. The Motion to Dismiss by the defendants is GRANTED;

2. This action is DISMISSED without prejudice for lack of subject matter jurisdiction; and

3. The clerk is directed to close the case.

ENTER: March 30, 2006

Chief United States District Judge